UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**CASE NO. 8:19-cv-00704-WFJ-JSS**

CODY BECKER,
individually and on behalf of all
others similarly situated,

    Plaintiff,

v.

LSCI, INC D/B/A SUN-TEC,

    Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## NOTICE OF SETTLEMENT

    Plaintiff Cody Becker hereby notifies the Court that the parties have reached a settlement with respect to Plaintiff's individual claims. Plaintiff and Defendant are in the process of drafting a settlement agreement. Plaintiff anticipates filing a notice of dismissal within ten (10) days of this notice.

Date: January 28, 2020

Respectfully submitted,

**HIRALDO P.A.**
401 E. Las Olas Boulevard, Suite 1400
Ft. Lauderdale, Florida 33301

*/s/ Manuel S. Hiraldo*
Manuel S. Hiraldo
Florida Bar No. 030380
Email: mhiraldo@hiraldolaw.com
Telephone: 954.400.4713
*Counsel for Plaintiff*