UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CASE NO. 8:19-cv-00704-WFJ-JSS

CODY BECKER,
individually and on behalf of all
others similarly situated,

      Plaintiff,

v.

LSCI, INC D/B/A SUN-TEC,

      Defendant.
_____/

**CLASS ACTION**

**JURY TRIAL DEMANDED**

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

It is hereby stipulated and agreed by and between Plaintiff Cody Becker and Defendant, LSCI, Inc d/b/a Sun-Tec, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), that this action, inclusive of all claims asserted, or that could have been asserted, by Plaintiff individually against Defendant, be, and the same hereby are, dismissed in its entirety with prejudice, with each party bearing its own fees and costs.

Date: March 19, 2020.

Respectfully submitted,

    */s/ Michael Eisenband*
    Michael Eisenband
    Florida Bar No. 94235
    Eisenband Law P.A.
    515 E. Las Olas Blvd. , Suite 120
    Ft. Lauderdale, Florida 33301
    Tel: 954-533-4092
    E-mail: Meisenband@Eisenbandlaw.com
    *Attorney for Plaintiff*

    */s/Jake Blanchard*
    Jake C. Blanchard, Esq.
    Blanchard Law, P.A.
    1501 Belcher Road South
    Unit 6B
    Largo, FL 33771
    Email: jake@jakeblanchardlaw.com
    *Attorney for Defendant*